of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion to open default denied, with leave to defendant to renew on presenting to the court verified answer setting up a defense. Order filed.

STERRY, Appellant, v. STERRY, Respondent. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Elisabeth S. Sterry against James W. Sterry. I. N. Jacobson, of New York City, for appellant. H. Ringrose, of New York City, for respondent. No opinion. Order affirmed, without costs. Order filed. See, also, 79 Misc. Rep. 355, 140 N. Y. Supp. 716.

STEVENS, Appellant, v. SPURR, Respondent. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by Don Stevens against Charles Spurr. No opinion. Order affirmed, with $10 costs and disbursements.

STEVENS, Appellant, v. STANTON CONST. CO., Respondent. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Mamie Stevens, as administratrix, against the Stanton Construction Company. A. M. Leslie, of New York City, for appellant. E. F. Lindsay, of New York City, for respondent. No opinion. Order reversed, with costs, motion to set aside verdict and for new trial denied, and verdict reinstated. Settle order on notice. See, also, 153 App. Div. 82, 137 N. Y. Supp. 1024.

STEWART, Respondent, v. UNION BAG & PAPER CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by Joseph W. Stewart against the Union Bag & Paper Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, unless plaintiff stipulates to reduce the verdict to $5,000, in which case the judgment is modified, and, as so modified, judgment and order affirmed, without costs.

SMITH, P. J., votes for reversal.

STILLWELL, Appellant, v. BATEMAN et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 25, 1913.) Action by William Stillwell against Caroline V. Bateman and others.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event. The competency of plaintiff's mother to testify is sustained by Healy v. Healy, 55 App. Div. 315, 66 N. Y. Supp. 927, affirmed 166 N. Y. 624, 60 N. E. 1112. Rosseau v. Rouss, 180 N. Y. 116, 72 N. E. 916, is distinguishable upon the facts, and does not apply where the child furnished the consideration. At the time of this trial plaintiff's mother had no interest in any judgment the court might render, she had no enforceable claim or right to any portion of any recovery by plaintiff, and she was without any interest or expectancy in the event of plaintiff's death.

STROBRIDGE LITHOGRAPH CO., Respondent, v. BRADY et al., Appellants. (Supreme Court, Appellate Division, First Department. November 7, 1913.) Action by the Strobridge Lithograph Company against William A. Brady and another. N. Vidaver, of New York City, for appellants. C. P. Rogers, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

STROZIK, Respondent, v. CROSSTOWN ST. RY. CO. OF BUFFALO et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 8, 1913.) Action by Stephania Strozik, an infant, etc., against the Crosstown Street Railway Company of Buffalo and the International Railway Company. No opinion. Judgment affirmed, with costs.

In re STROZZI. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) In the matter of the petition of Frederick E. Strozzi to review the action of William J. Boyer and another, as Commissioners of Election, etc., of Erie County, in canvassing, etc., for the primary election, etc., for nomination of alderman of National Progressive party, etc. No opinion. Order affirmed, with $10 costs and disbursements.

SULLIVAN v. WILHELM et al. (Supreme Court, Appellate Division, First Department. October 24, 1913.) Action by James Sullivan against one Wilhelm and others. No opinion. Application granted. Order signed.

SULLY, Respondent, v. TIFFANY & CO., Appellants. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Emma F. Sully against Tiffany & Co. C. A. Jayne, of New York City, for appellants. J. J. Lordan, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion to strike out parts of answer as irrelevant denied, with $10 costs. Order filed.

SUMNER, Appellant, v. RYAN et al., Respondents. (Supreme Court, Appellate Division, First Department. November 7, 1913.) Action by Perrin H. Sumner against Patrick L. Ryan and others. J. M. Williams, of New York City, for appellant. P. L. Ryan, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed. See, also, 156 App. Div. 946, 142 N. Y. Supp. 1147.

SUSSMAN v. PITTSBURGH LIFE & TRUST CO. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by William S. Sussman against the Pittsburgh Life & Trust Company. No opinion.